UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JILLIAN CANTINIERI, on behalf of herself and all others similarly situated,<br><br>                        *Plaintiff*,<br>v.<br><br><br><br>VERISK ANALYTICS, INC., INSURANCE SERVICES OFFICE, INC., and ISO CLAIMS SERVICES INC.,<br><br>                        *Defendants*. | Case No. 2:21-cv-6911-NJC-JMW<br><br>**NOTICE OF MOTION TO DISMISS PLAINTIFF'S AMENDED CLASS ACTION COMPLAINT** |

**PLEASE TAKE NOTICE** that upon the accompanying Motion to Dismiss Plaintiff's Amended Class Action Complaint, dated January 12, 2024, with Exhibits 1–10 annexed thereto, and upon all pleadings and proceedings herein, Defendants will move this Court on a date and at a time designated by the Court, before the Honorable Nusrat J. Choudhury, United States District Judge, Eastern District of New York, at the United States Courthouse, Courtroom 1040, 100 Federal Plaza, Central Islip, New York 11722, for an Order granting with prejudice Defendants' Motion to Dismiss for lack of standing under Rule 12(b)(1) of the Federal Rules of Civil Procedure and for failure to state a claim under Rule 12(b)(6) of the Federal Rules of Civil Procedure, and for such other and further relief as this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the briefing schedule set by the Honorable Nusrat J. Choudhury on November 20, 2023, Plaintiff's Opposition, if any, must be

1

served on or before February 2, 2024, and Defendants' Reply, if any, must be served on or before February 16, 2024.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's Individual Rules of Practice 5.2.6 and 5.2.7, a full set of the motion papers will be electronically filed via the Court's CM/ECF system by the undersigned counsel for movant on the day the motion is fully briefed.

Dated: January 12, 2024
New York, New York

Respectfully submitted,

**HOGAN LOVELLS US LLP**

By: */s/ Jasmeet K. Ahuja*
Jasmeet K. Ahuja
390 Madison Avenue
New York, New York 10017
Telephone: (212) 918-3667
jasmeet.ahuja@hoganlovells.com

Caitlyn A. Mancuso (*pro hac vice*)
1735 Market Street, Floor 23
Philadelphia, PA 19103
Telephone: (267) 675-4600
kate.mancuso@hoganlovells.com

*Counsel for Verisk Analytics Inc.,
Insurance Services Office, Inc., and
ISO Claims Services Inc.*