**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------X
JILLIAN CANTINIERI, individually and on behalf of all others similarly situated,

Plaintiff,

- against -

VERISK ANALYTICS, INC., INSURANCE SERVICES OFFICE, INC., and ISO CLAIMS SERVICES, INC.,

Defendants.
---------------------------------------------------------X

**JUDGMENT**
CV 21-6911 (NJC) (JMW)

An Opinion and Order of the Honorable Nusrat J. Choudhury, United States District Judge, having been filed on December 23, 2024, granting Defendants' Motion to Dismiss pursuant to Rule 12(b)(1), and dismissing the Amended Complaint without prejudice, it is

**ORDERED AND ADJUDGED** that Plaintiff Jillian Cantinieri take nothing of Defendants Verisk analytics, Inc., Insurance Services Office, Inc., and ISO Claims Services, Inc.; that Defendants' Motion to Dismiss is granted; that the Amended Complaint is dismissed without prejudice; and this case is closed.

Dated: January 6, 2025
Central Islip, New York

BRENNA B. MAHONEY
CLERK OF COURT

By: /s/ James J. Toritto
Deputy Clerk